AO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF TEXAS,    PECOS DIVISION

FILED
April 18, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Yvette Lujan_____
DEPUTY

**UNITED STATES OF AMERICA**
**V.**
Nicolas ORDONES-Maldonado

**CRIMINAL COMPLAINT**

Case Number:   PE:23-mj-211

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about  **4/16/2023**  in  **Presidio**  County, in the  **Western District Of Texas**  defendant(s) did, attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), and 202(4), and 557.

in violation of Title  **8**  United States Code, Section(s)  **1326(a)**

I further state that I am a(n)  **Border Patrol Agent**  and that this complaint is based on the following facts:

The Defendant, Nicolas ORDONES-Maldonado, was arrested by Marfa Border Patrol Agents, on April 16, 2023, for being an illegal alien present in the United States. Investigation and records from the Citizenship and Immigration Services reveal the Defendant was previously deported, removed or excluded from the United States on 02/08/2023 through ALEXANDRIA, LA. The Defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security to re-apply for admission after being deported, removed or excluded. The Defendant is unlawfully present in the United States.

Defendant is a citizen and national of Guatemala.

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

/s/ Marissa Martinez
Signature of Complainant

Marissa Martinez
Printed Name of Complainant

Complaint sworn to telephonically on April 18, 2023 at 09:15 AM and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)

Alpine, Texas
City/State

April 18, 2023    at
Date

David Fannin    U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

Nicolas ORDONES-Maldonado

FACTS    (CONTINUED)

Immigration History:
ORDONES-MALDONADO, NICOLAS has been deported 1 time, the last one being to GUATEMALA on February 8, 2023, through ALEXANDRIA, LA

Criminal History:
01/15/2023, KATY, TX, DRIVING WHILE INTOXICATED(M), ACC, DISPOSITION UNKNOWN.